FILED
MAY 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Dunnington
201 I Street S.W. V309
Washington D.C. 20024

VS.

Department of Defense,
Washington DC. 20301-1155

U.S. House of Representatives,
Washington DC. 20515-3203

U.S. Senate,
Washington D.C. 20510

CASE NUMBER 1:06CV00925
JUDGE: Henry H. Kennedy
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 05/16/2006

RECEIVED
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMPLAINT

late December of 2005, I started the process to petition the defendants under the Freedom of Information Act and/or Privacy Act (FOIA/PA). The Plaintiff has been seeking all records from the U.S. Supreme Court in the civil case number 00-10513. On February 1, 2006 the U.S. Justice Department's, Executive Office for United States Attorneys, Freedom of Information/Privacy Act Staff sent the Plaintiff a letter. The letter stated, the plaintiff had to agree to pay up to $25.00 in fees as stated in 28 C.F.R. s. 16.3c. The plaintiff, replied with his Request Number 06-137 to the U.S. Justice Department, and agreed to pay the fees. The plaintiff has not received a reply.

The plaintiff has been seeking the records from civil case No. 00-10513 because it was Writ of Mandamus denied by the U.S. Supreme Court. Supreme Court rule 20 states in part, that adequate relief cannot be obtained in any other form or any other court. The relief I am seeking is a corrected judgement in the in the Writ of Mandamus civil case No. 00-10513. If not, plaintiff is seeking the records and the legal means to have the Writ of Mandamus amended.

*James B. Dunnington*

James Dunnington
201 I Street S.W.
V309
Washington D.C.

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

FEB - 1 2006

Requester: __James Dunnington__          Request Number: __06-137__

Subject of Request: __Self__

Dear Requester:

    Your Freedom of Information Act/Privacy Act request has been received. Since the files and records of United States Attorneys are located in more than 100 separate offices throughout the country, we ask that you identify the specific U.S. Attorney's office(s) where you believe the requested records exist. This would primarily be the district(s) in which <u>prosecution or litigation</u> occurred.

    By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)). Indigency does not constitute a basis for a free waiver. Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

    Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

    You may appeal my decision in this matter by writing within sixty (60) days from the date of this letter, to:

        Office of Information and Privacy
        United States Department of Justice
        Flag Building, Suite 570
        Washington, D.C.  20530

**FILED**

MAY 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Page 1 of 2)
Form No. 003B - 1/06

06 0925

FEB - 1 2006

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

William G. Stewart II
Acting Assistant Director

February 8, 2006


James Dunnington
201 "I" Street SW V309
Washington DC 20024


Dear Sir,

    This is a reply from Requester Number; 06-137. The entire case of 00-10513 was litigated in the federal courts system of Washington D.C..  I, am agreeing to pay up to $25 for copies of the records.


Sincerely Yours
*James Dunnington*
James Dunnington