**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U.S. House of Representatives
Washington, DC 20515-3203

Civil Action, File Number __CA-06-0925 HHK__

James Dunnington
                    V.
Department of Defense, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

Date of Signature: 6/1/06

Signature (USMS Official): [signed]

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

Returned to Sender
See return of
Service attached
6/29/06

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

RECEIVED
JUN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 1 - Clerk of Court

Form USM-299 (Rev. 6/95)



**X-RAYED**
Postal Operations
Pitney Bowes Gov't Solutions



Pitney Bowes Government Solutions
**RETURN TO SENDER**
**NOT ENOUGH INFORMATION**
**TO PROCESS**

US House of
Washington, DC

RETURNED TO SENDER
USPS GOVERNMENT MAIL
WASHINGTON, DC 20018-9998

TO LEGAL RETURN
Route: NO ROUTE
Mailstop: 12TH FLOOR
Division:
06/14/06 11:22
06140611224

ment of Justice
arshals Service
mbia
NW, Suite 1400
-2810
Use $300