UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Dunnington
201 I Street S.W. V309
Washington D.C. 20024

    vs                                    Civil Action No. 06-0925 (HHK)

Department Of Defense, et al.,

    Defendants

## Response

The plaintiff questions the legal logic of this court.

The docket number 00-10513 is a legal requirement,

before a case can be reviewed by the United States

Supreme Court. I refer the court to Rules 20 (1), 40,

RECEIVED
JUL 12 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

and 48 Title 28 Appendix, Rules of the Supreme Court.

An appeal by the opposing party was not filed.

The plaintiff refers the court to Rule 81 (b) of the "Federal Rules of Civil Procedure" and Title 28 s 1651, issuance of a "Writ of Mandamus." Title 10 ss 1552 u.s.c., (correction of military records: claims thereto) gives further claim to a "Writ of Mandamus" Undercofler v. Scott, Cite as 139 S.E. 2d. 299 Nov. 5, 1964

*James B. Dunnington*
James B. Dunnington
201 I Street S.W.
V309
Washington D.C.
20024

CERTIFICATE OF SERVICE

I HEREBY certify that on July !0, 2006, I caused to be served the fore-

Response via First Class mail, to the defendant as follows

KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

RUDOPLH CONTRERAS, D.C. BAR #434122
United States Attorney

JOHN C. TRUONG, D.C. BAR # 465901
Assistant United States Attorney
555 Fourth, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendants