UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES DONNINGTON
Plaintiff(s)

vs

Civil Action No. 06-925 HHK

DEPARTMENT OF DEFENSE, ET AL
Defendant(s)

FILED
JUL 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

U.S. SENATE

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by August 4, 2006    Pursuant to Local Rule 5.1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

Henry Kennedy
UNITED STATES DISTRICT JUDGE

Rev. 1/01