UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Dunnington
201 "I" Street S.W. V309
Washington D.C. 20024
(202) 544-5079

VS

Department of Defense
Secretary of Defense
The Pentagon
Washington D.C. 20515-1155

CIVIL ACTION NO. 1:06-cv-00925-(HHK)

Response to Order

The plaintiff is trying to provide the full address of the U.S. House of Representatives per order.

U. S. Capitol

Offices New Jersey & Indep. Ave. S.E.

Washington D.C. 20515-3203

RECEIVED
AUG 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*James Dunnington*
James Dunnington

201 "I" Street S.W. V309
Washington D.C. 20024

## CERTIFICATE of SERVICE

I HEREBY certify that on August 18, 2006 I caused to be served the fore-

RESPONSE to Order by first class mail.

John C. Truong, D.C. D.C. BAR #465901
Assistant United States Attoney
555 Fourth Street, N.W.
Washington D.C.20530