UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES DUNNINGTON

    Plaintiff

v.

DEPARTMENT OF DEFENSE      Civil No.: 06-CV-925 (HHK)
U. S. HOUSE OF REPRESENTATIVES  ECF

U.S. SENATE

    Defendants

RECEIVED
DEC 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF MOTION TO DISMISS

    The Plaintiff is filing this "motion to dismiss" under Title 28 U.S.C. ss 1407. Middledorf v. Henry, and the U. S. v. Sargent supporting the violation of the "due process clause" in the military.

    In United States v. Montesinos, 28 M.J. 38 (C.M.A. 1989), that the court could on their own merit issue an extraordinary writ where the integrity of it's order is at stake. Title 28 U.S.C. ss 1361 ( to order United States officers and employers to perform duties if a mistake has been made in completing the records, Title 10 U.S.C. ss 1552 (1994).

    United v. Mossison, 529 U.S .598 621 (2000), " the ( the Fourthteenth Admendment, by it's very terms, prohibits only state action" said the majority opinion of the William Rehnquist court) Title 18 U.S.C. 1584 (forced to work). I was forced out of the labor market in 1992, due to a physical disability aggravated in the U.S. Army. The defendants inaction in this case before the W. Rehnquist court ruling is "suspect".

James B. Dunnington
201 I Street S.W. V309
Washington D.C. 20024

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

JAMES DUNNINGTON

    Plaintiff

    v.

DEPARTMENT OF THE DEFENSE
U.S. HOUSE OF REPRESENTATIVES
U.S. SENATE

    Defendants

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Upon consideration of Plaintiff' Motion to Dismiss, any opposition thereto, and the entire record herein, it is this _____ day of _____

_____, 2007,

**ORDER** that the Plaintiffs' Motion to Dismiss be and hereby GRANTED; and it is

FURTHERED ORDERED that the above-captioned action be and is

hereby DISMISSED without prejudice.

SO ORDERED.

_____
U. S. District Judge

CERTIFICATE OF SERVICE

I HEREBY certify that on December 18th, 2006, I cause to be served the foregoing MOTION TO DISMISS via FIRST CLASS mail, with postage prepaid, to the defendant addressed as follows:

John C. Truong, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington D.C. 20530
(202) 307-0406


Attorneys for Defendants