# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES DUNNINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 06-CV-925 (HHK) |
| | ) | ECF |
| DEPARTMENT OF DEFENSE, | ) | |
| U.S. HOUSE OF REPRESENTATIVES, | ) | |
| U.S. SENATE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANTS' CONSENT TO PLAINTIFF'S MOTION TO DISMISS

This is a Freedom of Information Act ("FOIA") action. On June 22, 2006, Defendants filed a motion to dismiss arguing that the U.S. House of Representatives and U.S. Senate are not covered under the FOIA. See Dkt. No. 5. In that same motion, Defendants also argued that *pro se* Plaintiff James Dunnington failed to state a claim against the U.S. Department of Defense and the Executive Office of the U.S. Attorneys ("EOUSA"). Id. On June 26, 2006, the Court issued a "*Fox/Neal* Order" ordering that "on or before July 24, 2006, plaintiff shall file his opposition or response to defendants' motion. If plaintiff fails to respond timely, the Court may grant defendants' motion as conceded, and summarily may dismiss the complaint." See June 26, 2006 Order (Dkt No. 6); see also June 28, 2006 Minute Order. To date, Mr. Dunnington has not responded to Defendants' motion to dismiss.

Instead of responding to Defendants' dispositive motion, on December 21, 2006, Mr. Dunnington filed "Plaintiff [sic] Motion to Dismiss." See Dkt. No. 14. In that motion, he seeks to dismiss the above-captioned action without prejudice. Id. at Proposed Order. Defendants construe Mr. Dunnington's motion to dismiss as a voluntary dismissal under Fed. R. Civ. P.

41(a)(1)(ii) and, therefore, consent to his motion to dismiss.

Accordingly, the Court should dismiss the above-captioned action under Rule Fed. R.

Civ. P. 41(a)(1)(ii).  Defendant, however, does not take a position whether this matter should be

dismissed with or without prejudice.  Since Mr. Dunnington failed to respond to Defendants'

motion to dismiss – despite the Court's admonishment requiring him to do so (see June 26, 2006

Order) –  it is well within the Court's power to treat Defendants' motion as conceded and

dismiss this matter with prejudice.

Dated: January 3, 2007.                            Respectfully Submitted,


                                            /s/   Jeffrey A. Taylor
                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                           United States Attorney


                                            /s/   Rudolph Contreras
                                           RUDOLPH CONTRERAS, D.C. BAR #434122
                                           Assistant United States Attorney

                                            /s/   John C. Truong
                                           JOHN C. TRUONG, D.C. BAR #465901
                                           Assistant United States Attorney
                                           555 Fourth Street, N.W.
                                           Washington, D.C.  20530
                                           (202) 307-0406

                                           Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES DUNNINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 06-CV-925 (HHK) |
| | ) | ECF |
| DEPARTMENT OF DEFENSE, | ) | |
| U.S. HOUSE OF REPRESENTATIVES, | ) | |
| U.S. SENATE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Dismiss, Defendants' Consent, and the entire

record herein, it is this _____ day of _____ 2007,

ORDERED that the above-captioned action be and is hereby DISMISSED.

SO ORDERED.


_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 3, 2007, I caused to be served the foregoing

Defendants' Consent to Plaintiff's Motion to Dismiss via First Class mail, with postage prepaid,

to *pro se* plaintiff addressed as follows:


Mr. James Dunnington
201 "I" Street, S.W.
Apt. V309
Washington, D.C.  20024




_____//s//_____
John C. Truong