UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DUNNINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>        Defendants. | Civil Action No. 06-0925 (HHK) |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #5] is GRANTED, and plaintiff's motion to dismiss [Dkt. #14] is DENIED as moot. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                              /s/
                                     HENRY H. KENNEDY, JR.
                                     United States District Judge

Date: January 8, 2007